IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WALTER HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 15-cv-2678-JAR-KGG |
| ) | |
| FINANCIAL BUSINESS & CONSUMER ) | |
| SOLUTIONS, INC., f/k/a FEDERAL ) | |
| BOND AND COLLECTION ) | |
| SERVICE, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER OF DISMISSAL

The plaintiff has filed a Notice of Dismissal (Doc. 10) stating that this matter may be dismissed with prejudice. Being duly advised, for good cause shown and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that this case is DISMISSED WITH PREJUDICE. Each party is to bear their own costs and expenses.

SO ORDERED.

Dated: July 8, 2015

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE